IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARIS QUATRO,<br><br>                    Plaintiff,<br><br>    vs.<br><br>TEHACHAPI UNIFIED SCHOOL<br>DISTRICT,<br><br>                    Defendant. | CASE: 1:16–CV–01213–DWM<br><br><br>ORDER |

The December 8, 2016 Scheduling Order required the parties to file an additional statement of stipulated facts on or before December 16, 2016.  (Doc. 18.)  While no stipulated facts have been filed, plaintiff's counsel filed a declaration on December 16 outlining steps the plaintiff attempted in order to meet the deadline.  (*See* Doc. 19.)

Accordingly, IT IS ORDERED that the defendant has until on or before December 22, 2016, to SHOW CAUSE why the Court should not adopt the

plaintiff's facts as outlined in her preliminary pretrial statement.  (*See* Doc. 12 at

10-14); Fed. R. Civ. P. 16(f)(1)(C).

    Dated this 20ᵗʰ day of December, 2016.

                                 DONALD W. MOLLOY, DISTRICT JUDGE
                                 UNITED STATES DISTRICT COURT