IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARIS QUATRO, | CASE: 1:16–CV–01213–DWM |
| Plaintiff, | |
| vs. | ORDER |
| TEHACHAPI UNIFIED SCHOOL DISTRICT, | |
| Defendant. | |

Defendant Tehachapi Unified School District responds to the Show Cause

Order of December 20, 2016.  Defendant's counsel explains medical issues and

unsuccessful attempts at communication prevented her from timely reviewing

proposed stipulated facts in this case, and requests additional time to complete the

stipulated facts.  Accordingly,

IT IS ORDERED that Defendant's motion (Doc. 21) is GRANTED.  The

parties have until January 2, 2017, to submit their stipulated facts.

DATED this 27th day of December, 2016.

DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT