IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARIS QUATRO,<br><br>Plaintiff,<br><br>vs.<br><br>TEHACHAPI UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | CASE: 1:16–CV–01213–DWM<br><br>ORDER |

The plaintiff seeks leave to file the Administrative Record in this matter under seal. (Docs. 24, 25.) For the reasons stated in the plaintiff's brief, (Doc. 25), IT IS ORDERED that the Administrative Record already filed with the Court shall remain under seal, accessible only by attorneys of record in the case and the Court. Mere reference to the sealed record is not sufficient grounds to warrant the sealing of future filings. All future filings in this case shall be made in the public record unless prior approval is granted for a document to be sealed.

Dated this 6th day of January, 2017.

_____
DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT