IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARIS QUATRO, <br><br> Plaintiff, <br><br> vs. <br><br> TEHACHAPI UNIFIED SCHOOL DISTRICT, <br><br> Defendant. | CASE: 1:16–CV–01213–DWM <br><br> ORDER |

The Court has been made aware of both IT and scheduling issues that prevent the parties' intended use of the videoconferencing facilities at the Bakersfield Federal Courthouse during the bench trial set in this matter for May 10, 2017. Due to these conflicts, the Bakersfield Federal Courthouse will not be available and IT IS ORDERED that the parties shall make alternate arrangements or have their prospective witnesses appear in person.

Dated this 3rd day of May, 2017.

_____
DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT