UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARIS QUATRO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TEHACHAPI UNIFIED SCHOOL DISTRICT,<br><br>　　　　　Defendant. | No. 1:16-cv-01213-DWM<br><br>JUDGMENT IN A CIVIL ACTION |

　　　　IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT be entered in favor of CHARIS QUATRO and against TEHACHAPI UNIFIED SCHOOL DISTRICT. CHARIS QUATRO is awarded attorneys' fees in the amount of $135,876.75 and costs in the amount of $2,805.00. The Clerk of the Court is directed to enter judgment pursuant to Rule 58 and to CLOSE the case.

DATED: May 11, 2017　　　　　　　　　　　　MARIANNE MATHERLY, Clerk

　　　　　　　　　　　　　　　　　　　　　　*/s/ Esther Valdez*
　　　　　　　　　　　　　　　　　　　　　　By: Esther Valdez
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

1