IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| CHRIS QUATRO, | Cause No. 1:16-cv-01213-DWM |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| TEHACHAPI UNITIFIED SCHOOL DISTRICT, | |
| Defendant. | |

IT IS ORDERED that the March 18, 2020 before United States Magistrate Judge Jennifer L. Thurston is VACATED and RESET before the undersigned on March 18, 2020, at 1:00 p.m. at the Bakersfield Federal Courthouse.

IT IS FURTHER ORDERED that Defendant Tehachapi Unified School District shall designate an individual to appear at the hearing who is prepared to provide a status report, including a schedule for full payment of the judgment within one year. The failure to do so may result in contempt proceedings.

DATED this 10th day of March, 2020.

Donald W. Molloy, District Judge
United States District Court