IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS QUATRO, | Cause No. 1:16-cv-01213-DWM |
| Plaintiff, | |
| vs. | ORDER |
| TEHACHAPI UNITIFIED SCHOOL DISTRICT, | |
| Defendant. | |

IT IS ORDERED that the March 18, 2020 hearing will take place via teleconference. The conference will be on the record. The parties shall call into the Court's conference line using the following dial-in information:

(1) Dial: 1-877-336-1839

(2) Enter Access Code: 5881720#

(3) Press: #

(4) Speak your name at the tone.

DATED this 17th day of March, 2020.

Donald W. Molloy, District Judge
United States District Court