IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS QUATRO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TEHACHAPI UNIFIED SCHOOL DISTRICT,<br><br>　　　　Defendant. | Cause No. 1:16-cv-01213-DWM<br><br>ORDER |

Having received no objection to the plaintiff's calculation of daily post-judgment interest, IT IS ORDERED:

(1) The plaintiff's daily interest calculation is APPROVED, (*see* Doc. 85);

(2) Interest is awarded to plaintiff in the amount of $7.28 per day, to be added to the total due to plaintiff as of March 18, 2020, which was $185,814.05, until the amount is paid in full, which is to be no later than June 30, 2020.

DATED this __14th__ day of April, 2020.

　　　　　　　　　　　　　　　　16:07 MDT
　　　　　　　　　Donald W. Molloy, District Judge
　　　　　　　　　United States District Court